**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

Phoenix Division          **CIVIL MINUTES - MOTION HEARING**

CV 09-1163-PHX-FJM          DATE: 6/26/2009
Year   Case No   Initials

Title: The Conlon Group Arizona LLC   vs.   CNL Resort Biltmore Real Estate, Inc. et al.
          Plaintiff(s)                                    Defendant(s)
================================================================================
HON: FREDERICK J. MARTONE          Judge # 7028

Deputy Clerk : Kerry Reynolds          Court Reporter: Linda Schroeder

Brian Schulman                              Andrew Federhar
Matthew Mansfield                         Lori Anne Higuera
                                                      Monica Marie Ryden
Attorney(s) for Plaintiff(s)                Attorney(s) for Defendant(s)
================================================================================
**PROCEEDINGS:**   X Open Court    __Chambers    ____Other

Also present: Mark Finney, plaintiff representative; and Russ Pruitt, defendants' representative; and Michael Blair, counsel for The Conlon Group Arizona in CV 08-965-PHX-FJM.

Motion Hearing held.

The Court has reviewed the documents filed in this case including: Defendants' Motion for an Expedited Rule 16 Conference (doc. 5); and Plaintiff's Motion for Preliminary Injunction and/or Temporary Restraining Order (doc. 11) along with Defendants' Response; and Plaintiff's Reply.

Counsel present argument.

As stated more fully on the record, the court rules as follows, ORDERED granting Defendants' request to consolidate this hearing with what would otherwise be the trial on the merits under Rule 65(a)(2). ORDERED converting the Plaintiff's Motion for Injunctive Relief to a Motion for Summary Judgment. ORDERED granting Plaintiff's Motion for Summary Judgment.  The Clerk is directed to enter judgment in favor of the plaintiff and against the defendants for the relief requested in the original complaint as follows: "the Arizona Biltmore does not have the right to terminate the rental pool agreement, that the rental pool agreement remains in full force and effect according to its terms; the defendants are enjoined from attempting to terminate the rental pool agreement; and the rental pool agreement has within it an express attorney's fees provision in which the non-prevailing party pays the fees of the prevailing party."   ORDERED granting attorney's fees in favor of the plaintiff and against the defendants in an amount to be determined by the Court after full compliance with the Local Rules of this Court. ORDERED denying Defendants' Motion for an Expedited Rule 16 Conference on grounds of mootness.

Upon agreement of the parties in CV 08-965-PHX-FJM, IT IS ORDERED directly referring that case to United States Magistrate Judge David K. Duncan to hold a mediation that extends beyond the particular case and extends to the whole parties' commercial relationship to each other.  This reference will not be affected by the trial schedule nor will the trial schedule be affected by that reference, because that reference is broader than the particular case.

Time in court: 1 hr.  31 mins.